UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20613-CR-MOORE/SIMONTON

**UNITED STATES OF AMERICA,**

 Plaintiff,

v.

**ALFREDO BARRETO,**

 Defendant.
_____/

## ORDER REQUIRING SUPPLEMENT RE: MOTION FOR INVESTIGATIVE FEES

 Presently pending before the Court is the Motion for Additional Investigative Fees filed by Defendant Barreto (DE # 253). This matter is referred to the undersigned Magistrate Judge by the Honorable K. Michael Moore, United States District Judge (DE # 40). For the reasons stated below, the Motion is taken under advisement pending receipt of supplemental information, which may be filed under seal, and faxed to the chambers of the undersigned Magistrate Judge for expedited consideration.

 Title 18, United States Code, Section 3006A(e) governs the payment of investigative fees with respect to indigent defendants. Pursuant to that statute, effective May 27, 2010, court-appointed counsel may obtain services without prior authorization as long as the fee for those services does not exceed $800.00. 18 U.S.C. § 3006A(e)(2). In addition, the Court may approve payment for services which exceed this amount, without prior authorization, "in the interest of justice, and upon the finding that timely procurement of necessary services could not await prior authorization." 18 U.S.C. § 3006A(e)(2). However, the District Court cannot authorize the payment for services which exceed $2400.00. Specifically, 18 U.S.C. § 3006A(e)(3) provides, in relevant part:

  Compensation to be paid to a person for services . . . shall not

>   exceed $2,400, exclusive of reimbursement for expenses reasonably incurred, unless payment in excess of that limit is certified by the court . . . as necessary to provide fair compensation for services of an unusual character or duration, and the amount of the excess payment is approved by the chief judge of the circuit [or his designee].

The Motion in the case at bar does not provide sufficient information to enable the Court to make the required certification. Therefore, Counsel for the Defendant shall file, under seal, a Supplement to the Motion for Additional Investigative Fees, which sets forth the services that have been provided to date, together with a description of the future services for which authorization is sought. The description must be sufficiently detailed for the undersigned to prepare a Report and Recommendation to the District Court, and for further review by the Circuit Court, with respect to the necessity for the expenditures above $2400.00.

The undersigned notes that the trial is set for February 14, 2010, and therefore, the Motion will be considered expeditiously upon receipt of the required information.

**DONE AND ORDERED** at Miami, Florida, on January 26, 2011.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies via CM/ECF to:
The Honorable K. Michael Moore, United States District Judge
Counsel of Record