UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20613-CR-MOORE/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFREDO BARRETO,

    Defendant.
_____/

## REPORT AND RECOMMENDATION RE: MOTION FOR INVESTIGATIVE FEES

Presently pending before the Court is the Motion for Additional Investigative Fees for Doral Investigations filed by Defendant Barreto (DE # 253). This matter is referred to the undersigned Magistrate Judge by the Honorable K. Michael Moore, United States District Judge (DE # 40). Due to the vague nature of the request, the undersigned entered an Order requiring supplemental information to be filed, and took the Motion under advisement pending receipt of supplemental information. The Order provided that the Supplement could be filed under seal, and faxed to the chambers of the undersigned Magistrate Judge for expedited consideration. On February 9, 2011, the Defendant filed his Supplement (DE # 270). On February 11, 2011, an ex parte sealed hearing was held to clarify the services for which authorization was sought. At the conclusion of the hearing, the undersigned ruled that she would recommend that authorization for the expenditure of an additional $3,000.00 be granted. This Report and Recommendation has been crafted in generic terms so that it does not divulge any confidential information and therefore is not sealed.

    I.    BACKGROUND

Defendant Barreto and 11 co-defendants are charged in an eight-count Indictment

with committing various drug trafficking offenses. Six co-defendants have entered guilty pleas and are cooperating with the government. According to the information provided by the government at various pretrial detention hearings and guilty plea proceedings, this case involves the importation of cocaine and heroin from Venezuela to Miami in cargo shipments which arrived at Miami International Airport. The three shipments specifically identified by the Government occurred from September 2006 through October 2006. No arrests were made at the time of these shipments, and the Government's investigation is based primarily upon historical information. During the course of the Government's investigation, various co-conspirators began cooperating, and they recorded conversations with some of these defendants concerning those shipments.

II.     STATUTORY AUTHORITY TO PAY INVESTIGATIVE FEES

Title 18, United States Code, Section 3006A(e) governs the payment of investigative fees with respect to indigent defendants. Pursuant to that statute, effective May 27, 2010, court-appointed counsel may obtain services without prior authorization as long as the fee for those services does not exceed $800.00. 18 U.S.C. § 3006A(e)(2). In addition, the Court may approve payment for services which exceed this amount, without prior authorization, "in the interest of justice, and upon the finding that timely procurement of necessary services could not await prior authorization." 18 U.S.C. § 3006A(e)(2). However, the District Court cannot authorize the payment for services which exceed $2400.00. Specifically, 18 U.S.C. § 3006A(e)(3) provides, in relevant part:

> Compensation to be paid to a person for services . . . shall not exceed $2,400, exclusive of reimbursement for expenses reasonably incurred, unless payment in excess of that limit is certified by the court . . . as necessary to provide fair compensation for services of an unusual character or duration, and the amount of the excess payment is approved by the chief

>judge of the circuit [or his designee].

Therefore, if the District Court approves the requested additional fees, authorization must then be obtained from the designated Circuit Court Judge.

    III.    <u>THE REQUEST FOR ADDITIONAL INVESTIGATIVE FEES</u>

Court-appointed counsel for Defendant Barreto has already obtained approval for the payment of $2,400.00 in investigative fees. He contends that this amount is insufficient for him to obtain the services necessary to defend this case, and seeks an additional $3,500.00.

According to the Motion and its Supplement, the Government has provided extensive written discovery, which totals more than 5,000 pages and 85 cd's, as well as video/audio/photographic discovery. A significant amount of the discovery is in Spanish, and court-appointed counsel is fluent only in English; although Defendant Barreto is bi-lingual as is the investigator for whom these fees are sought. Four of the cooperating defendants pled guilty yesterday, and the government provided their plea agreements and factual proffers to counsel yesterday.

Counsel for Defendant Barreto recently completed a lengthy criminal trial in a capital case in state court, and therefore used the services of the investigator to meet with the Defendant and witnesses, and assist in completing various tasks that counsel otherwise would have performed himself. The tasks performed by the investigator to date, over the maximum amount previously approved by the Court, consumed an additional 33 hours. Defense counsel initially sought authorization for an additional $2500.00 in fees; but, in his supplement, increased this amount to $3500.00 due to recently provided discovery and the recent decision by co-defendants to cooperate with the government. In addition, defense counsel requires the services of an investigator

during the trial; and, defense counsel has stated that he believes that the additional investigation that occurs during the course of the trial will be shared with the other defendants who are represented by court-appointed counsel. The government's case-in-chief at trial is expected to last one week. Defense counsel explained that he had failed to obtain prior authorization with respect to the "overage" hours already expended by his investigator due to his involvement in the state capital case.

After carefully considering the nature of the tasks outlined at the hearing, the nature of the case, and the lengthy sentence faced by Defendant Barreto if convicted, the undersigned recommends that up to an additional $3,000.00 be authorized for payment to Doral Investigations, nunc pro tunc to December 24, 2010.

**DONE AND ORDERED** at Miami, Florida, on February 11, 2011.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies via CM/ECF to:
The Honorable K. Michael Moore, United States District Judge
Counsel of Record